**LENDINGCLUB CORP**

Inquired on 10/04/2023, 08/30/2023, 08/13/2023, 07/30/2023, 07/01/2023, 06/17/2023, 06/02/2023, 05/17/2023, 05/03/2023, 04/19/2023, 04/05/2023, 03/07/2023, 02/20/2023, 01/15/2023, 12/24/2022, 12/01/2022, 11/09/2022 and 10/20/2022

595 MARKET ST # 200,
SAN FRANCISCO CA 94105